886 A.2d 680

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Joseph R. D'ANDREA, Respondent.**

**No. 863 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 29, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of November, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Opinion dated September 30, 2005, it is hereby

ORDERED that Joseph R. D'Andrea be and he is suspended from the Bar of this Commonwealth for a period of one year, retroactive to November 24, 2003.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.